**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**UNITED STATES OF AMERICA,**

        -against-

**TERESA GUILIANO,**

                      **Defendant.**
-------------------------------------------------------x

**MEMORANDUM AND ORDER**

**02-CR-254 (JBW)**

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      This Court is in receipt of several letters -- i.e., one from Dr. Dennis J. Alne of Avenue U Family Counseling Center and one from Mary Nielsen, a former co-worker of defendant Teresa Guiliano ("defendant") -- requesting that defendant's conviction for threatening to damage and destroy a building be expunged. Even assuming *arguendo* that a magistrate judge has the authority to expunge a felony conviction, this case does not warrant such extraordinary relief. The Honorable Jack B. Weinstein, the District Court Judge assigned to, and most familiar with the case, has repeatedly denied similar applications. See Orders entered 2/15/07, 3/23/07, 5/3/07, 1/10/08, 1/30/08. The most recent requests are likewise denied.

      The Clerk of the Court is respectfully requested to enter this Memorandum and Order into the ECF system and to mail copies to Dr. Alne and Ms. Nielsen.

            **SO ORDERED.**

**Dated:**        **Brooklyn, New York**
                 **February 25, 2008**

                                      **ROANNE L. MANN**
                                      **UNITED STATES MAGISTRATE JUDGE**